DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERARDO BUENROSTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-S-07-255 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND |
| v. | ) ) | EXCLUDING TIME |
| JERARDO BUENROSTRO, | ) ) | Date: August 17, 2007 Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for Defendant JERARDO BUENROSTRO, that the status conference scheduled for July 27, 2007, be vacated and the matter continued until August 17, 2007, for status conference.

This continuance is sought due to the unavailability of defense counsel and for on-going defense investigation and preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until August 17, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Date:  July 26, 2007             /S/ Heiko Coppola
                                 HEIKO COPPOLA
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Date:  July 26, 2007             DANIEL J. BRODERICK
                                 Federal Defender

                                  /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 JERARDO BUENROSTRO

**O R D E R**

**IT IS SO ORDERED.**

            By the Court,

Dated:  July 27, 2007


                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

Stipulation and Order             -2-