DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERARDO BUENROSTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-07-255 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| JERARDO BUENROSTRO, ) | Date:  August 17, 2007 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for Defendant JERARDO BUENROSTRO, that the status conference scheduled for August 17, 2007, was vacated at the request of the defense and the matter continued until September 14, 2007, for status conference.

This continuance was sought due to the unavailability of defense counsel and for on-going defense investigation and preparation.

**IT IS FURTHER STIPULATED** that the parties agreed at the time of the continuance that time for trial under the Speedy Trial Act be excluded from the August 17, 2007 until September 14, 2007, pursuant to

1  18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense
2  preparation and continuity of counsel)
3      **IT IS SO STIPULATED.**

5  Date:  August 27, 2007          /S/ Heiko Coppola
                                   HEIKO COPPOLA
6                                  Assistant United States Attorney
                                   Counsel for Plaintiff

9  Date:  August 27, 2007          DANIEL J. BRODERICK
                                   Federal Defender

11                                  /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
12                                 Assistant Federal Defender
                                   Counsel for Defendant
13                                 JERARDO BUENROSTRO

                        **O R D E R**

16     **IT IS SO ORDERED.**
17                 By the Court,
18  Dated:  August 30, 2007

                                   _____
20                                 GARLAND E. BURRELL, JR.
                                   United States District Judge

Stipulation and Order              -2-