1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JERARDO BUENROSTRO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  Case No. CR-S-07-255 GEB
                                     )
13                  Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
                                     )  CONTINUING STATUS CONFERENCE AND
14       v.                          )  EXCLUDING TIME
                                     )
15  JERARDO BUENROSTRO,              )  Date:  December 14, 2007
                                     )  Time:  9:00 a.m.
16                  Defendant.       )  Judge: Hon. Garland E. Burrell, Jr.
                                     )
17  _____ )

18       **IT IS HEREBY STIPULATED** by and between Assistant United States

19  Attorney Heiko Coppola, counsel for Plaintiff, and Assistant Federal

20  Defender Jeffrey Staniels, counsel for Defendant JERARDO BUENROSTRO,

21  that the status conference scheduled for November 30, 2007, was vacated

22  at the request of the defense and the matter continued until December

23  14, 2007, for status conference.

24       This continuance was sought due to the unavailability of defense

25  counsel who is in trial.

26       **IT IS FURTHER STIPULATED** that the parties agreed at the time of

27  the continuance that time for trial under the Speedy Trial Act be

28  excluded from the November 30, 2007 until December 14, 2007, pursuant

to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**


Date:   November 29, 2007          /S/ Heiko Coppola
                                   HEIKO COPPOLA
                                   Assistant United States Attorney
                                   Counsel for Plaintiff


Date:   November 29, 2007          DANIEL J. BRODERICK
                                   Federal Defender


                                   /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   JERARDO BUENROSTRO

                        **O R D E R**

     **IT IS SO ORDERED.**

               By the Court,

Dated:   December 3, 2007


                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge

Stipulation and Order              -2-