DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERARDO BUENROSTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-07-255 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| JERARDO BUENROSTRO, ) | Date:  December 21, 2007 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for Defendant JERARDO BUENROSTRO, that the status conference scheduled for December 14, 2007, was vacated at the request of the defense and the matter continued until December 21, 2007, for status conference.

This continuance was sought due to the unavailability of defense counsel who is in trial.

**IT IS FURTHER STIPULATED** that the parties agreed at the time of the continuance that time for trial under the Speedy Trial Act be excluded from the December 14, 2007 until December 21, 2007, pursuant

1  to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense
2  preparation and continuity of counsel)
3      **IT IS SO STIPULATED.**
4
5  Date:  December 13, 2007      /S/ Heiko Coppola
                                       HEIKO COPPOLA
6                                         Assistant United States Attorney
                                       Counsel for Plaintiff
7
8
9  Date:  December 13, 2007      DANIEL J. BRODERICK
                                       Federal Defender
10
11                                        /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
12                                      Assistant Federal Defender
                                     Counsel for Defendant
13                                      JERARDO BUENROSTRO
14
                                          **O R D E R**
15
16     **IT IS SO ORDERED.**
17 Dated:  December 13, 2007
18
19                                      GARLAND E. BURRELL, JR.
                                     United States District Judge
20
21
22
23
24
25
26
27
28

Stipulation and Order              -2-