```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JERARDO BUENROSTRO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-07-255 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND |
| v. | EXCLUDING TIME |
| JERARDO BUENROSTRO, | Date: December 21, 2007 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for Defendant JERARDO BUENROSTRO, that the status conference scheduled for December 21, 2007, be vacated at the request of the defense and the matter continued until January 11, 2008, for status conference.

This continuance was sought in order to permit further discussion and consultation regarding possible resolution of the case.

**IT IS FURTHER STIPULATED** that the parties agreed at the time of the continuance that time for trial under the Speedy Trial Act be excluded from the December 21, 2007 until January 11, 2008, pursuant to

1  18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense
2  preparation)

3     **IT IS SO STIPULATED.**

5  Date:  December 19, 2007          /S/ Heiko Coppola
                                     HEIKO COPPOLA
6                                    Assistant United States Attorney
                                     Counsel for Plaintiff

9  Date:  December 19, 2007          DANIEL J. BRODERICK
                                     Federal Defender

11                                    /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
12                                   Assistant Federal Defender
                                     Counsel for Defendant
13                                   JERARDO BUENROSTRO

                          **O R D E R**

16     **IT IS SO ORDERED.**

17  Dated:  December 19, 2007

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

Stipulation and Order            -2-