DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERARDO BUENROSTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JERARDO BUENROSTRO,<br><br>        Defendant.<br>_____ | Case No. CR-S-07-255 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date:  February 8, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for Defendant JERARDO BUENROSTRO, that the status conference scheduled for January 11, 2008, was vacated at the request of the defense and the matter continued until February 8, 2008, for status conference.

This continuance was sought in order to permit further discussion and consultation regarding possible resolution of the case.

**IT IS FURTHER STIPULATED** that the parties agreed at the time of the continuance that time for trial under the Speedy Trial Act be excluded from January 11, 2008, until February 8, 2008, pursuant to 18

U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation)

**IT IS SO STIPULATED.**

Date:  January 14, 2008          /S/ Heiko Coppola
                                 HEIKO COPPOLA
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Date:  January 14, 2008          DANIEL J. BRODERICK
                                 Federal Defender

                                  /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 JERARDO BUENROSTRO

**O R D E R**

**IT IS SO ORDERED.**

            By the Court,

Dated:  January 16, 2008

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

Stipulation and Order            -2-