```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JERARDO BUENROSTRO
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR-S-07-255 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING SENTENCING DATE AND |
| v. | ) MODIFYING DISCLOSURE SCHEDULE |
| JERARDO BUENROSTRO, | ) Date: May 16, 2008 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for Defendant JERARDO BUENROSTRO, that the date for judgment and sentencing scheduled for May 16, 2008, be vacated and the matter continued until June 6, 2008, for judgment and sentencing.  This continuance is necessary to complete preparation of the presentence report.  The schedule previously set was disrupted by the relocation of the defendant to Nevada County Jail due to crowding at the main jail and by the schedule of defense counsel which interfered with travel to Nevada County for the Probation Officer's interview of the defendant.

**IT IS FURTHER STIPULATED** that the following modified disclosure schedule be followed:

| | |
|---|---|
| Draft PSR disclosed to counsel by | April 25, 2008 |
| Informal Objections due | May 9, 2008 |
| Final PSR | May 16, 2008 |
| Motion for correction of Presentence Report and for Sentencing Memoranda | May 23, 2008 |
| Oppositions to Motions/Memoranda | May 30, 2008 |
| Judgment & Sentencing | June 6, 2008 |

**IT IS SO STIPULATED.**

Date:  April 18, 2008          /S/ Heiko Coppola
                               HEIKO COPPOLA
                               Assistant United States Attorney
                               Counsel for Plaintiff


Date:  April 18, 2008          DANIEL J. BRODERICK
                               Federal Defender


                                /S/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Counsel for Defendant
                               JERARDO BUENROSTRO

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  April 21, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order          -2-