```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JERARDO BUENROSTRO
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-S-07-255 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | ) ) | |
| JERARDO BUENROSTRO, | ) ) | Date: June 24, 2008 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for Defendant JERARDO BUENROSTRO, that the date for judgment and sentencing previously scheduled for June 6, 2008, was vacated and the matter continued until June 27, 2008, for judgment and sentencing.  This earlier continuance was necessary to complete consultation with the defendant whether to pursue consideration of a further ameliorating sentencing factor.  That consultation has been accomplished and no further delay for that reason will be sought.  However, the defense now requests a further

continuance until July 11, 2008, due to the unavailability on June 27, 2008, of defense counsel for medical reasons.

**IT IS SO STIPULATED.**

Date:  June 24, 2008         /S/ Heiko Coppola
                             HEIKO COPPOLA
                             Assistant United States Attorney
                             Counsel for Plaintiff


Date:  June 24, 2008         DANIEL J. BRODERICK
                             Federal Defender

                              /S/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Counsel for Defendant
                             JERARDO BUENROSTRO

**O R D E R**

**IT IS SO ORDERED.**

Dated:  June 26, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order          -2-